RANDALL S. FARRIMOND (CSB No. 095281)
FARRIMOND LAW OFFICES
a Professional Corporation
88 Kearny Street, Suite 1850
San Francisco, CA 94108
Telephone: 415-362-4900
Facsimile: 415-362-4901
E-mail: rfarrimond@farrimondlaw.com

DAVID C. DEAL (Virginia SB No. 86005)
THE LAW OFFICE OF DAVID C. DEAL, P.L.C.
P.O. Box 1042
Crozet, Virginia 22932
Telephone: 434-233-2727,
Facsimile: 888-965-8083
E-mail: david@daviddeal.com

Appearance *pro hac vice* (application pending)

Attorneys for Plaintiff
KRISTEN PIERSON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN PIERSON,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No.:<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL |

Plaintiff, KRISTEN PIERSON ("Plaintiff" OR "Pierson"), brings this complaint in the United States District Court for the Northern District of California against TWITTER, INC. ("Defendant" or "Twitter"), alleging as follows:

## PARTIES

1. Pierson is an internationally-published photographer specializing in music, portraiture, and commercial photography. A selection of Pierson's clients include: Alternative Press, Rolling Stone, MSN.com, KERRANG! Magazine, Roadrunner Records, Type 3 Media, Number Magazine, The Providence Phoenix, Limelight Magazine, Three Days Grace, Ten31 Productions, JKB Entertainment Group, Epiphone, Brown/Trinity Rep M.F.A. Acting Class of 2013, Roosters Men's Grooming Center, Options Magazine, and The Quins. Pierson resides in Rhode Island.

2. On information and belief, Twitter is a Foreign Stock Corporation existing under the laws of the state of Delaware, with headquarters in San Francisco, California. Twitter is an online news and social networking service where users post and interact with "Tweets." Twitter has more than 100 million users who post over 350 million tweets per day.

## JURISDICTION AND VENUE

3. This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

4. This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

5. This Court has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b), in that Defendant conducts substantial business in the State of California and in this judicial district.

## INTRADISTRICT ASSIGNMENT

6. This action arises out of the failure of defendant Twitter to remove in a timely fashion an infringing use of plaintiff Pierson's copyrighted photograph. Twitter has its headquarters in San Francisco, California, and therefore this matter arises in San Francisco County. However, this is an Intellectual Property Action which, under Northern District of California Local Rule 3-2, is an "excepted categor[y]" that shall be assigned on a district-wide basis.

FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

7. Pierson captured the photograph, "Alice in Chains Perform at Lupo's in Providence, RI on October 31, 2006" ("Copyrighted Photograph") on November 1, 2006 at Lupo's Heartbreak Hotel in Providence, Rhode Island. [EXHIBIT 1].

8. On or about November 1, 2006, Pierson posted the Copyrighted Photograph on www.type3media.com (Last visited September 22, 2017).

9. Pierson deposited copies of the Copyrighted Photograph with the United States Copyright Office and paid the required registration fee in accordance with 17 U.S.C. §§ 408-9, 708.

10. Pierson registered Copyrighted Photograph with the United States Copyright Office on February 23, 2007 (Registration No.: VAu 735-153). [EXHIBIT 2].

11. Twitter operates an Internet-based service that allows its users to send 140-character messages through Twitter's website and mobile site, client applications, or third-party applications. Twitter calls its 140-character messages "Tweets." Tweets can contain a link to a video or image that is either hosted on Twitter's servers, or on third-party servers. Twitter has thousands of users in this District, including individuals, corporations, and government entities. Hundreds of thousands of Tweets are sent to and from this District every month.

12. Beginning on or about March 18, 2017, a Twitter user (Karen Juanita, @juanitabaila) ("KJ") copied and attached the Copyrighted Photograph to a Tweet with the text, "Happy Birthday Jerry Cantrell. My world wouldn't be the same without you, as I dance to your music just about every day."

13. KJ copied the Copyrighted Photograph without license or permission from Pierson.

14. KJ's Tweet was displayed at the following URL:

- www.twitter.com/juanitabaila/status/843233321006120960 (Last visited September 22, 2017) ("Infringing Use"). [EXHIBIT 3].

15. The Infringing Use was hosted either on Twitter or on third-party servers.

16. As a result of the Infringing Use, the Copyrighted Photograph was copied and posted by Twitter to the following URLs:

- www.twitter.com/juanitabaila/status/843233321006120960. [EXHIBIT 4].

- www.pbs.twimg.com/media/C7PEO8EX4AQZcZG.jpg. [EXHIBIT 5].

17. On information and belief, Twitter can remove each Infringing Use that is hosted on Twitter. Twitter can also disable each Tweet advertising or linking to an Infringing Use, regardless of whether the photograph is hosted on Twitter's servers or on the Twitter user's or third-party servers.

18. Twitter has registered an agent with the United States Copyright Office for receipt of Digital Millennium Copyright Act ("DMCA") notices.

19. On April 18, 2017, Pierson sent a notice to Twitter's registered agent regarding the Infringing Use. Pierson's notice is titled, "DMCA TAKEDOWN NOTICE for Copyright Infringement (Alice-in-Chains-6)." [EXHIBIT 6].

20. On April 26, 2017, Twitter responded to Pierson's notice by email. Twitter's response is titled, "Case# 56943940: DMCA TAKEDOWN NOTICE for Copyright Infringement (Alice-in-Chains-6) [ref:_00DA0K0A8._5004A1CbZny:ref]." [EXHIBIT 7].

21. As a result of Twitter's response detailed in Paragraph 19, Pierson relied on Twitter's representation that Twitter would "disable access" to the Infringing Use.

22. Pierson never authorized the Infringing Use.

23. Twitter did not remove or disable the Infringing Use until July 25, 2017, Ninety (90) days later.

COUNT I: DIRECT INFRINGEMENT OR IN THE ALTERNATIVE CONTRIBUTORY INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. § 101 ET SEQ.

24. Pierson incorporates herein by this reference each and every allegation contained in each paragraph above.

25. Pierson is, and at all relevant times has been, the copyright owner or licensee of exclusive rights under United States copyright law with respect to the Copyrighted Photograph, which are the subject of a valid and complete application before the United States Copyright Office for Certificate of Copyright Registration by the Register of Copyrights.

26. The Copyrighted photograph is copyrightable subject matter under 17 U.S.C. § 102(a)(5).

27. Pierson registered the copyright in the Copyrighted Photograph with the United States Copyright Office.

28. The exclusive rights granted to Pierson under the Copyright Act are the exclusive rights to reproduce the Copyrighted Photograph, prepare derivative works based on the Copyrighted Photograph, distribute copies of the Copyrighted Photograph, and display the Copyrighted Photograph publicly.

29. Without the permission or consent of Pierson, the Copyrighted Photograph was reproduced, derivative works were made from it, copies were distributed of it, and it was displayed on Twitter.

30. Pierson's exclusive rights in the Copyrighted Photograph were violated.

31. Twitter induced, caused, or materially contributed to the further copyright infringement of the Copyrighted Photograph.

32. Twitter had actual knowledge of the direct infringement and contributory infringement. Pierson provided notice to Twitter in compliance with the DMCA, and Twitter failed to expeditiously disable access to or remove the Copyrighted Photograph from their servers.

33. Twitter acted willfully.

34. Alternatively, Twitter directly infringed Pierson's copyrights by continuing to allow public access to the Copyrighted Photograph on Twitter's server or on servers controlled by Twitter, or through access controlled by Twitter to servers controlled by third parties.

## PRAYER FOR RELIEF

WHEREFORE, Pierson prays for judgment against Twitter as follows:

A. Declaring that Twitter's unauthorized conduct violates Pierson's rights under the Federal Copyright Act;

B. Immediately and permanently enjoining Twitter, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing Pierson's Copyrighted Photograph without consent or otherwise infringing Pierson's copyright or other rights in any manner;

C. Ordering Twitter to account to Pierson for all gains, profits, and advantages derived by Twitter by their infringement of Pierson's copyright;

D. Awarding Pierson actual damages, pursuant to 17 U.S.C. § 504(b), for Twitter's copyright infringement in an amount to be determined at trial;

E. Alternatively, if Pierson elects, an award of statutory damages, pursuant to 17 U.S.C. § 504, in an amount to be determined at trial;

F. A Judgment that Twitter's infringement was willful and an increased statutory damage award 17 U.S.C. § 504(c)(2);

G. Awarding Pierson her costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 505; and

H. Awarding Pierson such other and further relief as is just and proper.

Dated this 9th day of November, 2017

FARRIMOND LAW OFFICES,
a Professional Corporation

/s/ *Randall S. Farrimond*
RANDALL S. FARRIMOND
Attorneys for Plaintiff
KRISTEN PIERSON

**JURY DEMAND**

Pierson hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated this 9th day of November, 2017

FARRIMOND LAW OFFICES,
a Professional Corporation

/s/ *Randall S. Farrimond*
RANDALL S. FARRIMOND
Attorneys for Plaintiff
KRISTEN PIERSON

# EXHIBITS

EXHIBIT 1



EXHIBIT 2

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
Register of Copyrights, United States of America

Form VA
VAu 735-153

EFFECTIVE DATE OF REGISTRATION
FEB 23 2007

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

1 Title of This Work: Photograph Images by Kristen Pierson 8/2006 to 2/2007
Nature of This Work: Photographs

Previous or Alternative Titles:

Publication as a Contribution:

2 NAME OF AUTHOR: a Kristen A. Pierson
Dates of Birth and Death: Year Born 1972
Was this contribution to the work a "work made for hire"? ☒ No
Author's Nationality or Domicile: Citizen of U.S.A.
Was This Author's Contribution to the Work: Anonymous? ☒ No; Pseudonymous? ☒ No
Nature of Authorship: ☒ Photograph

Name of Author: b Kristen A. Pierson
Year Born 1972
Was this contribution to the work a "work made for hire"? ☒ No
Author's Nationality or Domicile: Citizen of U.S.A.
Anonymous? ☒ No; Pseudonymous? ☒ No
Nature of Authorship: ☒ Photograph

NOTE: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions).

3 Year in Which Creation of This Work Was Completed: 2007

4 COPYRIGHT CLAIMANT(S): Kristen A. Pierson, 8 Nichols Lane, Coventry, RI 02816

APPLICATION RECEIVED FEB 23 2007
ONE DEPOSIT RECEIVED FEB 23 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▸

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Kristen A. Pierson, 8 Nichole Lane, Coventry, RI 02816

Area code and daytime telephone number (401) 580-3220

Fax number ( )

Email kristenpierson@gmail.com

CERTIFICATION [illegible]

check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Kristen A. Pierson Date 2/11/2007

Handwritten signature (X) ▼ Kristen A. Pierson 2/11/07

X

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ Kristen A. Pierson

Number/Street/Apt ▼ 8 Nichole Lane

City/State/ZIP ▼ Coventry, RI 02816

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

[illegible]

EXHIBIT 3

Karen Juanita
Follow
Happy birthday Jerry Cantrell. My world wouldn't be the same without you, as I dance to your music just about every day.
Karen Juanita



EXHIBIT 4

Happy birthday Jerry Cantrell. My world
wouldn't be the same without you, as I dance
ROK-PIX.COM



EXHIBIT 5



# EXHIBIT 6



Kristen Pierson <kristenpierson@gmail.com>

**DMCA TAKEDOWN NOTICE for Copyright Infringement (Alice-in-Chains-6)**

**Kristen Pierson** <legal@kristenpierson.com>                                     Tue, Apr 18, 2017 at 7:51 PM
To: copyright@twitter.com

DMCA TAKEDOWN NOTICE for Copyright Infringement (Alice-in-Chains-6)

My name is Kristen Pierson. I am a photographer who can be reached at:

Kristen Pierson Photography
P.O. Box 97
Coventry, RI 02816
401-484-1606
email: legal@kristenpierson.com

I am the author and copyright owner of the following photograph:



The photograph appears on my website at:

http://kristenpierson.photoshelter.com/gallery-image/Alice-In-Chains-10-31-2006/G0000GGE.uRDyKxc/I0000aaAoo7dUklc/C0000P_cDcsiJ8vo

The copyright for the photograph is registered with the US Copyright office.

The photograph appears without my authorization or authority of the law, and at the following URLs on your servers:

https://pbs.twimg.com/media/C7PEO8EX4AQZcZG.jpg

https://twitter.com/juanitabaila/status/843233321006120960

These are infringements of my copyrights.

This letter is official notification under the provisions of Section 512 of the Digital Millennium Copyright Act to effect removal of the above-reported infringements. I demand that you immediately remove my photograph from the URLs cited above. Please be advised that law requires you to "expeditiously remove or disable access to" the photograph upon receiving this notice. Noncompliance will result in a loss of immunity for copyright infringement liability under the DMCA.

I have a good faith belief that uses of the photograph in the manner complained of here are not authorized by me (i.e., the copyright owner) or the law. I have a good faith belief that each of the uses does not qualify as Fair Use under 17 USC §107. I swear under penalty of perjury that (1) I am the copyright holder and (2) that the information provided in this notice is accurate to the best of my knowledge.

Please email a prompt response indicating that you have complied with this notice.

Sincerely,
s/Kristen Pierson



EXHIBIT 7

Kristen Pierson <kristenpierson@gmail.com>

**Case# 56943940: DMCA TAKEDOWN NOTICE for Copyright Infringement (Alice-in-Chains-6) [ ref:_00DA0K0A8._5004A1CbZny:ref ]**

**support@twitter.com** <support@twitter.com> Wed, Apr 26, 2017 at 6:03 AM
To: "legal@kristenpierson.com" <legal@kristenpierson.com>

Hello,

In response to your notice of claimed infringement, we've disabled access to the reported materials on the site. Please note it may take some time for the action to propagate.

Thanks,

Twitter

**Help**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

ref:_00DA0K0A8._5004A1CbZny:ref