1  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
2  PERKINS COIE LLP
   3150 Porter Drive
3  Palo Alto, CA  94304-1212
   Telephone:  650.838.4300
4  Facsimile:  650.838.4350

5  Attorneys for Defendant
   Twitter, Inc.
6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  KRISTEN PIERSON,                    Case No. 3:17-cv-06530 JD

13            Plaintiff,                **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TWITTER, INC. TO RESPOND TO COMPLAINT**
14       v.

15  TWITTER, INC.,                      **[CIV. L.R. 6-1(a)]**

16            Defendant.

# STIPULATION

Pursuant to Civil Local Rule 6-1(a), it is stipulated between and among Plaintiff Kristen Pierson ("Plaintiff") and Defendant Twitter, Inc. ("Twitter") (collectively, "the Parties"), by their respective counsel, as follows:

1. On November 9, 2017, Plaintiff filed a complaint against Twitter (Dkt. No. 1.);
2. On January 19, 2018, Plaintiff filed a Certificate of Service indicating that she served Twitter with a copy of the Summons and Complaint on January 18, 2018 (Dkt. No. 14.);
3. Twitter's deadline to respond to the Complaint is currently February 8, 2018;
4. The Parties have agreed to extend the deadline by which Twitter must respond to Plaintiff's Complaint by 45 days, to March 26, 2018.

**NOW THEREFORE**, the Parties hereby stipulate and agree that Twitter's response to Plaintiff's Complaint is due on or before March 26, 2018.

**IT IS SO STIPULATED.**

DATED: February 6, 2018                **PERKINS COIE LLP**

By: */s/ Julie E. Schwartz*
　　Julie E. Schwartz

Attorneys for Defendant
Twitter, Inc.

DATED: February 6, 2018                **THE LAW OFFICES OF DAVID C. DEAL, P.L.C**

By: */s/ David Deal*
　　David Deal (*pro hac vice*)

Attorneys for Plaintiff
Kristen Pierson

*I, Julie Schwartz, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto

DATED:  February 6, 2018

By: */s/ Julie E. Schwartz*
      Julie E. Schwartz

Attorney for Defendant
Twitter, Inc.

-3-

138464966.1