```
1   Julie E. Schwartz, Bar No. 260624
    JSchwartz@perkinscoie.com
2   PERKINS COIE LLP
    3150 Porter Drive
3   Palo Alto, CA  94304-1212
    Telephone: 650.838.4300
4   Facsimile: 650.838.4350

5   Attorneys for Defendant
    Twitter, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISPTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTEN PIERSON,<br><br>          Plaintiff,<br><br>     v.<br><br>TWITTER, INC.,<br><br>          Defendant. | Case No. 3:17-cv-06530 JD<br><br>**NOTICE OF STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

-1-

TO: The Clerk of the Court

Plaintiff Kristen Pierson ("Plaintiff") and Defendant Twitter, Inc. ("Twitter"), being the only parties who have appeared in this action, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-entitled action shall be dismissed with prejudice and with each party to bear its own fees and costs.

The Clerk of the Court is hereby requested to enter this dismissal in the records of the Court.

DATED: March 14, 2018

**PERKINS COIE, LLP**

By: *s/Julie E. Schwartz*
Julie E. Schwartz

Attorneys for Defendant
Twitter, Inc.

DATED: March 14, 2018

**THE LAW OFFICES OF DAVID C. DEAL, P.L.C**

By: [signature]
David Deal (*pro hac vice*)

Attorney for Plaintiff
Kristen Pierson

*I, Julie Schwartz, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto

DATED: March 14, 2018

By: *s/Julie E. Schwartz*
Julie E. Schwartz

Attorney for Defendant
Twitter, Inc.

-2-